FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERT BERGER, an individual,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DENIS McDONOUGH, Secretary, Department of Veterans Affairs,<br><br>　　　Defendant. | No. 2: 23-CV-00165-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　　Before the Court is the Parties' Stipulated Motion for Order of Dismissal, ECF No. 14. Plaintiff is represented by Donna L. Mack. Defendant is represented by Timothy M. Durkin.

　　　The Parties inform the Court that they have resolved this case and move for an order dismissing the Complaint with prejudice, with each party bearing their own costs and fees. Being fully informed, the Court grants the motion and dismisses this action.

//

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion for Order of Dismissal, ECF No. 14, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. All claims against Defendant are **DISMISSED with prejudice**.

4. All scheduled court hearings, if any, are **STRICKEN**.

5. All pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 13th day of September 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**